**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02372-WJM

DANIEL STUART,

    Applicant,

v.

RAE TIMME, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER**

---

    On March 17, 2011, the Court entered an order instructing Respondents to file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Mr. Stuart's state court proceedings in Jefferson County District Court Case No. 03CR2556, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.

    On March 21, 2011, Respondents filed a Notice with the Court explaining that the state court record in Mr. Stuart's case was not currently available because of a post-conviction appeal that was pending in the Colorado Court of Appeals. Respondents have not contacted the Court recently, and it is not clear if Mr. Stuart's appeal is still pending with the Colorado Court of Appeals, or if the appeal has concluded and the state court record is now available. Accordingly, it is

ORDERED that Respondents shall file a status report within thirty (30) days of the date of this Order, updating the Court on the status of the proceedings in Jefferson County District Court. It is

FURTHER ORDERED that Respondents shall file a status report every ninety (90) days, starting ninety (90) days from the date of this Order, updating the court on the status of the proceedings in Jefferson County District Court. It is

FURTHER ORDERED that until the state court record is received by this Court, this matter will be held in abeyance.

Dated this 12th day of January, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge