**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable William J. Martínez**

Civil Action No. 10-cv-02372-WJM

DANIEL STUART,

    Applicant,

v.

RAE TIMME, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## SECOND ORDER FOR STATE COURT RECORD

On March 17, 2011, the Court entered an order instructing Respondents to file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Mr. Stuart's state court proceedings in Jefferson County District Court Case No. 03CR2556, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.

On March 21, 2011, Respondents filed a Notice with the Court explaining that the state court record in Mr. Stuart's case was not currently available because of a post-conviction appeal that was pending in the Colorado Court of Appeals.

On January 12, 2012, the Court entered an order instructing Respondents to file a status report within thirty days and update the Court on the status of Mr. Stuart's post-conviction appeal. Respondents filed a status report on January 12, 2012, and indicated that the mandate in Mr. Stuart's post-conviction appeal issued on November

17, 2011.  Respondents further stated that the state court record in Mr. Stuart's case would be available by the end of January.  The Court has not yet received the state court record in this case.  Accordingly, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
    Jefferson County District Court
    100 Jefferson County Parkway
    Golden, Colorado 80401;

(2) Court Services Manager
    State Court Administrator's Office
    101 W. Colfax, Ste. 500
    Denver, Colorado  80202.

Dated this 16th day of February, 2012.

BY THE COURT:

William J. Martínez
United States District Judge