**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable William J. Martínez**

Civil Action No. 10-cv-02372-WJM

DANIEL STUART,

    Applicant,

v.

RAE TIMME, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## THIRD ORDER TO PROVIDE STATE COURT RECORD

On February 16, 2012, Respondents were ordered, for the second time, to file within thirty days a complete record of Applicant's state court proceedings in Jefferson County District Court Case No. 03CR2556.  Respondents have failed either to submit the requested record or to communicate with the Court why they are unable to comply with the February 16 Order.  Accordingly, it is

ORDERED that Respondents respond **within ten (10) days** why they are not able to comply with the February 16 Order or in the alternative file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Jefferson County District Court Case No. 03CR2556, including all documents in the state court file and transcripts of all proceedings conducted in the state courts, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this Order to the clerk of the state court from which the case originated and to the Court

Services Manager by United States mail, first class postage prepaid, at the following addresses:

      (1)    Clerk of the Court
            Jefferson County District Court
            100 Jefferson County Parkway
            Golden, Colorado 80401;

      (2)    Court Services Manager
            State Court Administrator's Office
            101 W. Colfax, Ste. 500
            Denver, Colorado  80202.

Dated this 23rd day of March, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge